**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

LARGO _____ v. CITY OF NATIONAL CITY _____ No. 09-1639-BEN(WVG)

HON. WILLIAM V. GALLO          CT. DEPUTY J. YAHL          RPTR. _____

Attorneys

Plaintiffs                                             Defendants

_____        _____

_____        _____

_____

The date and time of the Settlement Conference on December 8, 2010 at
9:00 AM is vacated and reset for December 20, 2010 at 9:00 AM.

All parties or their representatives who have full authority to enter into
a binding settlement, in addition to the attorneys participating in the
litigation, shall be present at the conference.

Pursuant to Local Civil Rule 16.3, all party representatives and claims
adjusters for insured defendants with full and unlimited authority to
negotiate and enter into a binding settlement, as well as the principal
attorney(s) responsible for the litigation, must be present and legally
and factually prepared to discuss and resolve the case at the mandatory
settlement conference.   Retained outside corporate counsel shall not
appear on behalf of a corporation as the party who has the authority to
negotiate and enter into a settlement.

"Full authority to settle" means that the individuals at the settlement
conference must be authorized to fully explore settlement options and to
agree at that time to any settlement terms acceptable to the parties.
Heileman Brewing Co., Inc. v. Joseph Oat Corp., 871 F.2d 648 (7th Cir.
1989).  The person needs to have "unfettered discretion and authority" to
change the settlement position of a party.  Pitman v. Brinker Intl., Inc.,
216 F.R.D. 481, 485-486 (D. Ariz. 2003).  The purpose of requiring a
person with unlimited settlement authority to attend the conference
includes that the person's view of the case may be altered during the face
to face conference.  Id. at 486.  A limited or a sum certain of authority
is not adequate.  Nick v. Morgan's Foods, Inc., 270 F.3d 590 (8th Cir.
2001).

DATED:  September 22, 2010


                                    Hon. William V. Gallo
                                    U.S. Magistrate Judge